Argued and submitted December 23, 1993, reversed and remanded February 2, 1994

# STATE OF OREGON,
*Appellant,*

*v.*

# ROBERT G. LEVIN,
*Respondent.*

(92-CR-1206-FE; CA A78396)

866 P2d 526

Jonathan H. Fussner, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Mary Reese, Deputy Public Defender, argued the cause for respondent. With her on the brief was Sally L. Avera, Public Defender.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

## PER CURIAM

Defendant is charged with four counts relating to growing marijuana. ORS 475.992; ORS 475.993. The trial court suppressed the evidence obtained as a result of a search, concluding that the affidavit supporting the search warrant did not demonstrate probable cause for the search.

On review of the affidavit, we disagree. The affidavit adequately sets out facts showing that there was probable cause to believe defendant maintained an ongoing operation growing and selling marijuana.

Reversed and remanded.